**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7317**

———————

CARL M. RICHARDSON,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-460-7)

———————

Submitted:  January 18, 2000          Decided:  March 7, 2000

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Carl M. Richardson, Appellant Pro Se. Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl M. Richardson appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Richardson v. Angelone, No. CA-99-460-7 (W.D. Va. Aug. 28, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Richardson asserts new claims in his informal brief in this court, we conclude those claims are either procedurally defaulted or not cognizable for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

2